IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DWIGHT HENRY CAVANESS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:24-CV-135-L-BT** |
| § | |
| **DALLAS COUNTY and** § | |
| **GRAND PRAIRIE CITY,** § | |
| § | |
| Defendants. § | |

# **ORDER**

On February 7, 2024, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 8) ("Report") was entered, recommending that the court deny Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 4) and dismiss without prejudice this action, pursuant to Federal Rule of Civil Procedure 41(b), unless Plaintiff pays the $405 filing fee within 20 days of an order accepting this recommendation or another deadline established by the undersigned. No objections to the Report were filed, and the deadline for asserting objections has expired.

Having considered the file, Report, and record in this case, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 4) and **directs** Plaintiff to pay the $405 filing fee by **March 25, 2024**. *Failure to do so will result in the dismissal without prejudice of this action, pursuant to Rule 41(b), without further notice.*

**It is so ordered** this 5th day of March, 2024.

                                                          Sam A. Lindsay
                                                          United States District Judge

Order – Page 2